# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Carman, Mark L. | 2. Court or Organization  U.S. District Court | 3. Date of Report  06/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 387, Yellowstone Nartional Park, WY 82190

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager | Flying Fox Properties, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 06/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Association of Litigation Support | 11/09/2018 | Denver, Colorado | Speaking regarding social media discovery | travel reimbusement for airfare and hotel. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Charles Scwab Bank | Pledged Asset Line of Credit | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokage Account #1 | | | | | | | | | |
| 2. --Schwab US Treasurey Fund (SWUXX) | A | Dividend | | | Sold (part) | 01/02/18 | K | A | |
| 3. | | | | | Buy (add'l) | 01/10/18 | K | | |
| 4. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 5. | | | | | Sold (part) | 01/16/18 | J | A | |
| 6. | | | | | Sold (part) | 01/24/18 | K | A | |
| 7. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 8. | | | | | Sold (part) | 02/01/18 | J | A | |
| 9. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 10. | | | | | Sold (part) | 03/01/18 | J | A | |
| 11. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 12. | | | | | Sold (part) | 03/20/18 | J | A | |
| 13. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 14. | | | | | Sold (part) | 04/12/18 | J | A | |
| 15. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 16. | | | | | Sold (part) | 04/23/18 | J | A | |
| 17. | | | | | Buy (add'l) | 04/27/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/01/18 | J | A | |
| 19. | | | | | Sold (part) | 05/09/18 | J | A | |
| 20. | | | | | Sold (part) | 06/01/18 | K | A | |
| 21. | | | | | Sold (part) | 06/27/18 | J | A | |
| 22. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 23. | | | | | Sold (part) | 07/02/18 | J | A | |
| 24. | | | | | Sold (part) | 07/13/18 | J | A | |
| 25. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 26. | | | | | Sold | 07/25/18 | K | A | |
| 27. --3M Company (MMM) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | B | |
| 28. --Abbott Laboratories (ABT) | A | Dividend | J | T | Sold (part) | 03/15/18 | J | C | |
| 29. | | | | | Sold (part) | 07/18/18 | J | B | |
| 30. --Abbvie Inc (ABBV) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | B | |
| 31. | | | | | Sold (part) | 02/23/18 | J | C | |
| 32. | | | | | Sold (part) | 03/28/18 | J | B | |
| 33. --Agilent Technologies Inc (A) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | B | |
| 34. | | | | | Sold (part) | 07/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/13/18 | J | B | |
| 36. --Air Products & Chemicals Inc (APD) | A | Dividend | J | T | Sold (part) | 02/23/18 | J | B | |
| 37. | | | | | Sold (part) | 09/13/18 | J | B | |
| 38. --Apple, Inc - (AAPL) | A | Dividend | J | T | Sold (part) | 02/23/18 | J | C | |
| 39. | | | | | Sold (part) | 09/12/18 | J | C | |
| 40. --Auto Data Processing (ADP) | A | Dividend | J | T | Sold (part) | 05/07/18 | J | C | |
| 41. --BlackRock Inc (BLK) | A | Dividend | J | T | Sold (part) | 05/07/18 | J | B | |
| 42. | | | | | Sold (part) | 07/18/18 | J | A | |
| 43. | | | | | Sold (part) | 09/11/18 | J | A | |
| 44. | | | | | Sold (part) | 10/17/18 | J | A | |
| 45. --Danaher Corp (DHR) | A | Dividend | J | T | Sold (part) | 04/25/18 | J | C | |
| 46. --Fortive Corp -(FTV) (Spin off Danaher) | A | Dividend | J | T | | | | | |
| 47. --Disney Walt Co - (DIS) | A | Dividend | J | T | Sold (part) | 09/13/18 | J | A | |
| 48. --Ebay Inc - (EBAY) | A | Distribution | J | T | Sold (part) | 05/25/18 | J | A | |
| 49. | | | | | Sold (part) | 09/26/18 | J | B | |
| 50. --Equifax Inc (EFX) | A | Dividend | J | T | | | | | |
| 51. --Exxon Mobil Corporation (XOM) | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --General Dynamics Corp (GD) | A | Dividend | J | T | Sold (part) | 01/03/18 | J | B | |
| 53. --Alphabet Inc Cl C - (GOOG) | | None | | | Sold (part) | 07/18/18 | J | C | |
| 54. | | | | | Sold | 09/13/18 | J | C | |
| 55. --Alphabet Inc Cl A (GOOGL) | | None | J | T | Sold (part) | 02/23/18 | J | B | |
| 56. | | | | | Sold (part) | 09/13/18 | J | C | |
| 57. --Home Depot Inc (HD) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | C | |
| 58. | | | | | Sold (part) | 06/26/18 | J | C | |
| 59. | | | | | Sold (part) | 07/18/18 | J | B | |
| 60. --JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | B | |
| 61. | | | | | Sold (part) | 04/25/18 | J | B | |
| 62. | | | | | Sold (part) | 07/18/18 | J | B | |
| 63. --Kimberly-Clark Corp - (KMB) | A | Dividend | | | Sold (part) | 01/11/18 | J | B | |
| 64. | | | | | Sold | 04/24/18 | J | A | |
| 65. --Microsoft Corp (MSFT) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | B | |
| 66. | | | | | Sold (part) | 02/23/18 | J | C | |
| 67. | | | | | Sold (part) | 06/26/18 | J | C | |
| 68. | | | | | Sold (part) | 07/18/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --NASDAQ Inc (NDAQ) | A | Dividend | J | T | Sold (part) | 07/18/18 | J | B | |
| 70. --Nike Inc Class B - (NKE) | A | Dividend | J | T | | | | | |
| 71. --PayPal Holdings Inc (PYPL) | | None | J | T | Sold (part) | 04/25/18 | J | B | |
| 72. | | | | | Sold (part) | 07/18/18 | J | C | |
| 73. --Costco Wholesale (COST) | A | Dividend | J | T | Sold (part) | 09/13/18 | J | B | |
| 74. --Amazon.com Inc - (AMZN) | | None | K | T | Sold (part) | 06/12/18 | J | B | |
| 75. --Fidelity National Information (FIS) | A | Dividend | J | T | Sold (part) | 05/07/18 | J | A | |
| 76. | | | | | Sold (part) | 06/26/18 | J | B | |
| 77. --Adient PLC (ADNT) | | None | | | Sold | 01/04/18 | J | A | |
| 78. --Procter & Gamble Co (PG) | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 79. --TJX Companies Inc (TJX) | A | Dividend | J | T | | | | | |
| 80. --Schlumberger LTD (SLB) | A | Dividend | | | Sold | 11/16/18 | J | A | |
| 81. --Sherwin Williams Co (SHW) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | C | |
| 82. | | | | | Sold (part) | 07/18/18 | J | B | |
| 83. | | | | | Sold (part) | 09/13/18 | J | C | |
| 84. --Snap-On Inc (SNA) | A | Dividend | J | T | Sold (part) | 03/13/18 | J | B | |
| 85. --Stryker Corp (SYK) | A | Dividend | J | T | Sold (part) | 05/07/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   --Wells Fargo & Co (WFC) | A | Dividend | J | T | Sold (part) | 02/23/18 | J | B | |
| 87.   --Biogen (BIIB) | A | Dividend | J | T | | | | | |
| 88.   -- Facebook (FB) | | None | J | T | Buy (add'l) | 02/02/18 | J | | |
| 89. | | | | | Sold | 11/20/18 | J | A | |
| 90. | | | | | Buy | 12/31/18 | J | | |
| 91.   --Lincoln Nat (LNC) | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 92.   --Comerica (CMA) | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 93.   --Salesforce (CRM) | | None | J | T | Buy | 09/26/18 | J | | |
| 94.   --Schwab Strategic Tr Emerging -Mkts Equity (SCHE) ETF - SCHE | A | Dividend | K | T | Sold (part) | 02/23/18 | J | B | |
| 95. | | | | | Sold (part) | 03/15/18 | J | A | |
| 96. | | | | | Sold (part) | 12/21/18 | J | A | |
| 97.   --iShares S&P Mid-Cap 400 Growth (IJK) | A | Dividend | K | T | Sold (part) | 01/09/18 | J | A | |
| 98. | | | | | Sold (part) | 07/11/18 | J | C | |
| 99. | | | | | Sold (part) | 07/18/18 | J | B | |
| 100.  --IQ Hedge Multi-Strategy Tracker (QAI) | A | Dividend | K | T | Buy (add'l) | 02/23/18 | K | | |
| 101. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 102.  --SPDR S&P MidCap 400 (MDY) | A | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/18/18 | J | C | |
| 104. | | | | | Sold (part) | 07/18/18 | J | B | |
| 105. | | | | | Sold (part) | 09/13/18 | J | C | |
| 106. --iShares MSCI Canada Index (EWC) | A | Dividend | J | T | Sold (part) | 07/18/18 | J | A | |
| 107. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | K | T | Sold (part) | 01/26/18 | J | C | |
| 108. | | | | | Sold (part) | 07/18/18 | J | C | |
| 109. | | | | | Sold (part) | 07/23/18 | J | B | |
| 110. --Vanguard Interm Term Tax-Exempt Admiral (VWIUX) | D | Dividend | L | T | Sold (part) | 04/25/18 | J | A | |
| 111. | | | | | Sold (part) | 07/19/18 | J | A | |
| 112. | | | | | Sold (part) | 09/13/18 | J | A | |
| 113. | | | | | Sold (part) | 12/24/18 | J | A | |
| 114. --Vanguard High Yield Tax Exempt Fund (VWALX) | B | Dividend | K | T | Sold (part) | 01/08/18 | J | A | |
| 115. | | | | | Sold (part) | 12/24/18 | J | A | |
| 116. --Vanguard Ltd Term Tax Exempt Admiral (VMLUX) | C | Dividend | M | T | Buy (add'l) | 05/08/18 | L | | |
| 117. --Vanguard Pacific Stock - (VPL) | B | Dividend | K | T | Sold (part) | 04/18/18 | J | A | |
| 118. | | | | | Sold (part) | 05/07/18 | J | A | |
| 119. | | | | | Sold (part) | 12/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Schwab Internationl Equity -(SCHF) | B | Dividend | L | T | Sold (part) | 05/07/18 | J | A | |
| 121. | | | | | Sold (part) | 07/18/18 | J | A | |
| 122. --iShares Dow Jones US Oil - (IEO) | A | Dividend | J | T | | | | | |
| 123. --Vangurad FTSE Europe (VGK) | A | Dividend | K | T | | | | | |
| 124. --Real Estate Select (XLRE) | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 125. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 126. --Driehaus Emrg Mkts Gwth (DIEMX) | A | Dividend | K | T | Sold (part) | 07/18/18 | J | A | |
| 127. -- Invesco S&P 500 Equal Wt (RSP) | A | Dividend | | | Buy | 11/20/18 | J | | |
| 128. | | | | | Sold | 12/28/18 | J | A | |
| 129. TRUST #3 | | | | | | | | | |
| 130. --Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 131. --iShares S&P 500 Growth Index - (IVW) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | B | |
| 132. | | | | | Sold (part) | 06/11/18 | J | B | |
| 133. | | | | | Sold (part) | 08/09/18 | J | B | |
| 134. | | | | | Sold (part) | 10/25/18 | J | A | |
| 135. --iShares S&P Mid-Cap 400 Growth - (IJK) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 136. | | | | | Sold (part) | 08/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 138. | | | | | Sold (part) | 08/09/18 | J | A | |
| 139. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | Sold (part) | 06/11/18 | J | A | |
| 140. --iShares S&P SmallCap 600 Index (IJR) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 141. | | | | | Sold (part) | 08/09/18 | J | A | |
| 142. --Vanguard FTSE Europe - (VGK) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 143. | | | | | Sold (part) | 06/11/18 | J | A | |
| 144. | | | | | Sold (part) | 08/09/18 | J | A | |
| 145. --IQ Hedge Multi-Strategy Tracker - (QAI) | A | Dividend | J | T | Sold (part) | 08/09/18 | J | A | |
| 146. --iShares Core US Aggregate Bond - (AGG) | A | Dividend | J | T | Sold (part) | 08/09/18 | J | A | |
| 147. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 148. | | | | | Sold (part) | 06/11/18 | J | A | |
| 149. | | | | | Sold (part) | 10/25/18 | J | A | |
| 150. --iShares S&P 500 Value (IVE) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 151. | | | | | Sold (part) | 06/11/18 | J | A | |
| 152. | | | | | Sold (part) | 07/19/18 | J | A | |
| 153. | | | | | Sold (part) | 08/09/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 10/25/18 | J | A | |
| 155. --Schwab Strategic Tr Emerging Mkts Equity - (SCHE) | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 156. | | | | | Sold (part) | 06/11/18 | J | A | |
| 157. | | | | | Sold (part) | 08/09/18 | J | A | |
| 158. --SPDR DoubleLine Total Return - (TOTL) | A | Dividend | J | T | | | | | |
| 159. Thrivent Municpal Cond Fund-A | A | Dividend | L | T | | | | | |
| 160. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 161. Templeton Global Advisors Limited | A | Dividend | K | T | | | | | |
| 162. Templeton Investiment Consel LLC | A | Dividend | K | T | | | | | |
| 163. Pacific Life Insuarne Whole Life Policy | A | Interest | J | T | | | | | |
| 164. Brokerage Acct #2 | | | | | | | | | |
| 165. --Schwab Cash | A | Interest | N | T | | | | | |
| 166. IRA #1 | | | | | | | | | |
| 167. --Microsoft | A | Dividend | K | T | | | | | |
| 168. --Schwab Cash | A | Interest | J | T | | | | | |
| 169. IRA #2 | | | | | | | | | |
| 170. --Schwab Money Market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --iShares Barclarys Aggregate Bond (AGG) | A | Dividend | J | T | | | | | |
| 172.  --iShares S&P 500 Citigroup Value Indes (IVE) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | A | |
| 173.  --iShares S&P 500 Growth Indes (IVW) | A | Dividend | K | T | Sold (part) | 10/25/18 | J | A | |
| 174.  --iShares S&P MidCap 400 Growth (IJK) | A | Dividend | J | T | | | | | |
| 175.  --SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | | | | | |
| 176.  --iShares S&P SmallCap 600 (IJT) | A | Dividend | J | T | Sold (part) | 01/24/18 | J | A | |
| 177.  --Vanguard Eurpoean Stock (VGK) | A | Dividend | J | T | Sold (part) | 01/24/18 | J | A | |
| 178. | | | | | Sold (part) | 10/25/18 | J | A | |
| 179.  --IQ Hedge Multi-Strategy Trachker (QAI) | A | Dividend | J | T | | | | | |
| 180.  --iShares S&P Small Cap Core (IJR) | A | Dividend | J | T | | | | | |
| 181.  --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | | | | | |
| 182.  --Schwab Emerging Mkt. (SCHE) | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 183.  --SPDR DoubleLine (TOTL) | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 184.  IRA #3 | | | | | | | | | |
| 185.  --SPDR DoubleLine Total Return (TOTL) | A | Dividend | J | T | | | | | |
| 186.  --SPDR Barclays Capital Short Term High Yield (SJNK) Bond - SJNK | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 187.  --SPDR Utilities Select Sector - (XLU) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Guggenheim S&P 500 Equal Weight - (RSP) | A | Dividend | | | Sold | 01/23/18 | J | A | |
| 189. --First Trust Dow Jones Internet Index - (FDN) | A | Dividend | J | T | Sold (part) | 04/25/18 | J | A | |
| 190. --SPDR Materials Select Sector - (XLB) | A | Dividend | J | T | | | | | |
| 191. --Vanguard Intermediate Term Corp Bond Index - (VCIT) | A | Dividend | J | T | | | | | |
| 192. --iShares 3-7 Year Treasury Bond -(IEI) | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 193. --Vanguard Mortgagebacked Securities Index (VMBS) ETF - VMBS | A | Dividend | J | T | | | | | |
| 194. --Vanguard Market Neutral Investor - (VMNFX) | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 195. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | | | | | |
| 196. --iShares MSCI Canada Index - (EWC) | A | Dividend | J | T | | | | | |
| 197. --SPDR Energy Select Sector - (XLE) | A | Dividend | J | T | | | | | |
| 198. --Schwab Hedged Equity - (SWHEX) | A | Dividend | J | T | | | | | |
| 199. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | J | T | Sold (part) | 07/19/18 | J | A | |
| 200. --AQR Managed Futures Strategy N - (AQMNX) | A | Dividend | | | Buy (add'l) | 01/23/18 | J | | |
| 201. | | | | | Sold | 12/07/18 | J | A | |
| 202. --SPDR Industrial Select Sector - (XLI) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 203. | | | | | Sold (part) | 09/19/18 | J | A | |
| 204. --SPDR Health Care Select Sector - (XLV) | A | Dividend | K | T | Buy (add'l) | 04/24/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Invesco 500 Equal Wt. FNA Guggenheim S&P - (RYF) | A | Dividend | | | Buy | 07/19/18 | J | | |
| 206. | | | | | Sold (part) | 09/19/18 | J | A | |
| 207. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | K | T | Sold (part) | 07/19/18 | J | A | |
| 208. --Vanguard Information Technology - (VGT) | A | Dividend | K | T | Sold (part) | 01/23/18 | J | A | |
| 209. | | | | | Sold (part) | 09/19/18 | J | C | |
| 210. --IQ Hedge mult-Strategy (QAI) | A | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 211. | | | | | Sold (part) | 10/25/18 | J | A | |
| 212. --iShares S&P Mid Cap (IJK) | A | Dividend | J | T | Sold (part) | 07/19/18 | J | A | |
| 213. --Schwab Emerging Markets (SCHE) | A | Dividend | K | T | Buy (add'l) | 07/19/18 | J | | |
| 214. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 215. --SPDR Fund Consumer (XLY) | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 216. | | | | | Sold (part) | 09/19/18 | J | B | |
| 217. --Vanguard Telecommunications (VOX) | A | Dividend | | | Sold | 09/19/18 | J | A | |
| 218. --Vanguard FTSE Pacific (VPL) | A | Dividend | K | T | Buy (add'l) | 10/25/18 | J | | |
| 219. --iShares Floating RAte Bond (FLOT) | A | Dividend | J | T | | | | | |
| 220. -- iShares NASDAQ BioTech (IBB) | A | Dividend | | | Sold | 04/06/18 | J | A | |
| 221. --JPMRG Diversified Return (JPEM) | A | Dividend | | | Sold | 01/23/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  --Index Merger (MNA) | A | Dividend | J | T | | | | | |
| 223.  --Vanguard Europe (VGK) | A | Dividend | K | T | Buy (add'l) | 07/19/18 | J | | |
| 224. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 225.  --SPDR Consumer Staples (XLP) | A | Dividend | J | T | Sold (part) | 07/19/18 | J | A | |
| 226. | | | | | Sold (part) | 10/25/18 | J | A | |
| 227.  --SPDR Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 228.  --Ishares EMRG Market (EMGF) | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 229. | | | | | Buy (add'l) | 07/19/18 | J | | |
| 230. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 231.  -- IShares Momntm ETF (MTUM) | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 232. | | | | | Sold (part) | 12/28/18 | J | A | |
| 233.  -- Comm Sve Select (XLC) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 234.  --Schwab Short Treas. (SCHO) | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 235.  -- IShares Corp Bond (SHYG) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 236.  --Pimco Trends Futures (PQTIX) | A | Dividend | J | T | Buy | 12/14/18 | J | | |
| 237.  --IShares MSCI Min Vol (USMV) | A | Dividend | J | T | Buy | 12/28/18 | J | | |
| 238.  Flying Fox Properties, LLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  --Checking Bank of Bozeman | A | Interest | J | T | | | | | |
| 240.  --Chukker Creek (Aiken, SC) | B | Rent | N | R | | | | | |
| 241.  L Quarter Circle LLC (Campbell County, WY) | C | Royalty | N | W | Sold (part) | 10/15/18 | N | E | Horse Tree LLC & Total Con |
| 242.  Conwest Ass. | C | Royalty | L | V | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 06/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Line 40.  The 2017 report incorrectly indicated that all of ADP stock was sold.

Section VII Line 240  Property purchased July 3, 2017  Price $320,000

Secton VII  Line 242:  Oil and Gas interest which pay royalties.  Goes to ███ ███ and I forgot to list on prior statements.

S

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544